**Motion Granted in Part and Order filed March 19, 2015**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-01029-CV
_____

## In the Interest of A.L.H., Child

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2014-00466J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was originally due February 23, 2015. An extension of time to file appellant's brief was granted until March 16, 2015. No brief has been filed. On March 16, 2015, appellant filed another request for extension of time, until April 15, 2015, and notified the court that requests to supplement the clerk's and reporter's records have been made.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. See Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). That date is June 25, 2015. The accelerated schedule requires greater compliance with briefing deadlines. Therefore we grant appellant's motion, in part, and order appointed

counsel, Donald Crane, to file appellant's brief no later than **April 1, 2015**. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.


PER CURIAM